NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DARRYL DONNELL BOWERS, )
)
      Appellant, )
)
v. )     Case No. 2D17-4325
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed May 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; J. Kevin Abdoney, Judge.

Darryl Donnell Bowers, pro se.

PER CURIAM.

      Affirmed.

CRENSHAW, BLACK, and SALARIO, JJ., Concur.